■  THEODORE J. BURKE & SON, INC., Appellant, v COUNTY OF DUTCHESS et al., Respondents.—In a proceeding pursuant to CPLR article 78 to vacate the award of a certain contract, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated April 28, 1975, which denied the application and dismissed the proceeding. Judgment affirmed, with one bill of $50 costs and disbursements jointly to respondents appearing separately and filing separate briefs. The allegations of petitioner that the award of the contract to respondent H. O. Penn Machinery Co., Inc., was unlawful and in violation of section 103 of the General Municipal Law are unsupported by factual allegations which would overcome the presumption that the respondent county purchasing agent acted properly. Thus, Special Term's determination that the contract was properly awarded after competitive bidding should not be disturbed. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.

■  JOSEPH TRINCHILLO, Appellant, v LEON J. VINCENT, as Superintendent of Green Haven Correction Facility, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to compel respondents (1) to return him to a work release program and (2) to grant his applications for a furlough, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated February 7, 1975, made after a hearing, which dismissed the petition. Judgment affirmed, without costs. The determinations complained of are amply supported by the record. Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.

■  JANE F. WALSH, Respondent, v JOHN T. WALSH, Appellant.—In an action in which plaintiff was granted a judgment of divorce, the defendant husband appeals, as limited by his brief, from so much of an order of the Supreme Court, Dutchess County, dated December 19, 1974, as denied the branch of his motion which was to eliminate the alimony provision of the judgment. Order affirmed insofar as appealed from, with $50 costs and disbursements. In our opinion appellant failed to show a substantial change of circumstances to warrant elimination of alimony. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.